USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/30/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFRAIN RESCALVO VAZQUEZ, *on behalf of himself and all other persons similarly situated*,

            Plaintiff,

v.

WALLY'S DELI & GROCERY CORP. and DERHIM NASSER,

            Defendants.

No. 19-CV-6797 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff Efrain Rescalvo Vazquez served Defendant Derhim Nasser on August 9, 2019 and served Defendant Wally's Deli & Grocery Corporation on August 12, 2019. Defendant Nasser has not appeared, answered, or otherwise responded to the Complaint. Defendant Wally's Deli & Grocery Corporation appeared on September 3, 2019 but has not answered or otherwise responded to the Complaint.

    On December 12, 2019, the Clerk of Court entered certificates of default against both Defendants. Plaintiff has yet to move for default judgment. If Plaintiff intends to move for default judgment, he shall do so no later than January 30, 2020.

SO ORDERED.

Dated:    December 30, 2019
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge