# SAMUEL & STEIN

### ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**DAVID STEIN**
dstein@samuelandstein.com

March 3, 2020

ADMITTED IN
NY, NJ, PA, IL, DC

**VIA ECF**

Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

> USDC-SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/4/2020

**Re:** **Rescalvo Vazquez v. Wally's Deli & Grocery Corp., et al.**
 ***Case Number 19-cv-6797 (RA)***

## MEMO ENDORSED

Dear Judge Abrams:

We represent plaintiff Efrain Rescalvo Vazquez in the above-referenced matter and write to request for the first time an adjournment of the April 10, 2020, at 3:00 p.m., show cause conference. The reason for our request is that our office will be closed that day in observance of Passover. We are available for a rescheduled conference on April 13, the morning of April 17 (for Sabbath reasons), April 20, 21, or 22. Because defendants have defaulted, there is no opposing counsel from whom to obtain consent for our request.

We thank the Court for its attention to this matter, and we are available at Your Honor's convenience in the event that the Court has any questions.

Respectfully submitted,

David Stein

> Application granted. The show
> cause conference is hereby
> adjourned to April 13, 2020 at 11
> A.M. Plaintiff shall serve a copy
> of this Order on Defendants.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> March 4, 2020