USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-7-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFRAIN RESCALVO VAZQUEZ, *on behalf of himself and all other persons similarly situated*,

          Plaintiff,

v.

WALLY'S DELI & GROCERY CORP. and DERHIM NASSER,

          Defendants.

No. 19-CV-6797 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 12, 2019, the Clerk of Court entered certificates of default against Defendants, and on January 29, 2020, Plaintiff moved for a default judgment against Defendants. Dkts. 17, 18, 21. Upon consideration of these documents and the supporting Declaration of David Stein, the Court ordered Plaintiff to serve a copy of the motion for default judgment, any supporting papers, and that Order by March 17, 2020 on the Defendants and that answering papers, if any, should be served upon Plaintiff by March 31, 2020. Dkts. 24, 26. The Court also ordered Defendants to show cause at a conference to be held on April 13, 2020 at 11:00 AM in Courtroom 1506 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York, why a default judgment should not be entered in favor of Plaintiff for the relief requested in the Complaint.

In light of the COVID-19 crisis, the Court will not have the conference scheduled for April 13, 2020 and will instead resolve this matter on the papers. Defendants' time to file and serve answering papers, if any, is extended to **May 4, 2020**. If Defendants fail to respond by

May 4, 2020 or fail to request an extension to do so, judgment will be entered for Plaintiffs.

Plaintiff shall serve a copy of this Order on Defendant by **April 17, 2020**.

SO ORDERED.

Dated: April 7, 2020
New York, New York

Ronnie Abrams
United States District Judge