```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-19-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFRAIN RESCALVO VAZQUEZ, *on behalf of himself and all other persons similarly situated*,

                 Plaintiff,

        v.

WALLY'S DELI & GROCERY CORP. and DERHIM NASSER,

                 Defendants.

No. 19-CV-6797 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On April 7, 2020, the Court ordered that in light of the COVID-19 crisis, it would not hold the conference on Plaintiff's motion for default judgment scheduled for April 10, 2020 and would instead resolve this matter on the papers. Dkt. 29. The Court extended Defendants' time to file and serve answering papers, if any, to May 4, 2020, and directed Plaintiff to serve a copy of the Order on Defendants by April 17, 2020. Plaintiff has not yet filed an affidavit of service attesting that it served the Court's April 7, 2020 Order, and Defendants have not yet filed any answering papers.

      Defendants' time to file and serve answering papers, if any, is hereby extended to **June 9, 2020**. Plaintiff shall serve a copy of this Order and the Court's April 7, 2020 Order on Defendants no later than **May 26, 2020**, and shall file proof of such service on the docket no later than **May 29, 2020**.

SO ORDERED.

Dated:    May 19, 2020
             New York, New York

                                                                 Ronnie Abrams
                                                               United States District Judge