**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
EFRAIN RESCALVO VAZQUEZ, et al.,

            Plaintiffs,

            -against-

WALLY'S DELI & GROCERY CORP., et al.,

            Defendants.

-------------------------------------------------------------x

19-CV-6797 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties shall file a joint status letter regarding the status of their settlement submissions by **June 9, 2022**. The parties shall include in the letter when and whether they would like to schedule a Pre-Settlement Conference Scheduling Call with the Court.

     **SO ORDERED.**

Dated: May 12, 2022
       New York, New York

                                   *s/ Ona T. Wang*
                                   **Ona T. Wang**
                                   United States Magistrate Judge