UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EFRAIN RESCALVO VAZQUEZ, on behalf of himself and all other persons similarly situated,<br><br>       Plaintiffs,<br><br>  -against-<br><br>WALLY'S DELI & GROCERY CORP., et al.,<br><br>       Defendants. | 1:19-cv-06797 (JLR) (OTW)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On September 23, 2022, the Court ordered the parties to file a joint letter within two weeks. ECF No. 69. The deadline for that filing has now passed and the parties have not filed the letter. On June 10, 2022, Magistrate Judge Wang also ordered the parties to file a status letter by June 29, 2022. ECF No. 68. The parties did not file a letter as required by Magistrate Judge Wang. Accordingly, the parties shall, no later than **October 20, 2022**, file a joint letter addressing all information requested in the September 23, 2022 Order. If the parties have reached a settlement, they shall inform the Court promptly and no later than **October 20, 2022**.

Dated: October 17, 2022
   New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge