**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
EFRAIN RESCALVO VAZQUEZ, et al.,  :
:
                 Plaintiffs,  :        19-CV-6797 (RA) (OTW)
:
                 -against-  :        **ORDER**
:
WALLY'S DELI & GROCERY CORP., et al.,  :
:
                 Defendants.  :
:
:
------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

The parties shall file a joint status letter regarding the status of discovery and proposed next steps in the case by **March 17, 2023**.

      SO ORDERED.

                                                                                         *s/ Ona T. Wang*

Dated: March 6, 2023                                          **Ona T. Wang**
       New York, New York                          United States Magistrate Judge