**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

EFRAIN RESCALVO VAZQUEZ, et al.,      :

                            :

          Plaintiffs,          :           19-CV-6797 (RA) (OTW)

                            :

         -against-           :           **ORDER**

                            :

WALLY'S DELI & GROCERY CORP., et al.,  :

                            :

         Defendants.        :

                            :

                            :

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The parties were directed to file a joint status letter by March 24, 2023. The Court has not received a status letter from the parties since March 17.

The parties are directed to file a joint status letter no later than April 4, 2023, informing the Court of next steps to be taken in the case.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: March 28, 2023                   **Ona T. Wang**
       New York, New York          United States Magistrate Judge