```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EFRAIN RESCALVO VAZQUEZ, et al.,                             :
                                                             :
                        Plaintiffs,                          :       19-CV-6797 (RA) (OTW)
                                                             :
                -against-                                    :       ORDER
                                                             :
WALLY'S DELI & GROCERY CORP., et al.,                        :
                                                             :
                        Defendants.                          :
                                                             :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 83. Plaintiffs' motion for an adjournment of the Status Conference scheduled for June 21, 2023, is **GRANTED**. The conference is **ADJOURNED** *sine die*. The parties are directed to meet and confer on whether they will consent to my jurisdiction for all purposes to approve the settlement on the record or via other means. If the parties choose to consent, they shall file the notice, consent, and reference **by Friday, June 23, 2023**. The parties are also directed to file a joint letter **by Friday, June 23, 2023**, including either a proposed *Cheeks* briefing schedule or proposed dates for a hearing on the record.

    **SO ORDERED.**

                                                                              *s/ Ona T. Wang*

Dated: June 21, 2023                                          **Ona T. Wang**
      New York, New York                         United States Magistrate Judge