**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
EFRAIN RESCALVO VAZQUEZ, et al.,

     Plaintiffs,

    -against-

WALLY'S DELI & GROCERY CORP., et al.,

     Defendants.

------------------------------------------------------------x

19-CV-6797 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 89. Plaintiffs' *Cheeks* briefing is due **July 24, 2023**.

**SO ORDERED.**

Dated: June 26, 2023
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge