# SAMUEL & STEIN

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**DAVID STEIN**
dstein@samuelandstein.com

July 24, 2023

ADMITTED IN
NY, NJ, PA, IL, DC

**VIA ECF**

Hon. Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, NY 10007

**MEMO ENDORSED.**

Re:   **Rescalvo Vazquez v. Wally's Deli & Grocery Corp., et al.**
      *Case Number 19-cv-6797 (OTW)*

Dear Magistrate Judge Wang:

    We represent plaintiff Efrain Rescalvo Vazquez in the above-referenced matter, and we write jointly with defendants' counsel, pursuant to Your Honor's June 26 Order, to request for the first time an extension until August 14 to submit our *Cheeks* fairness papers; the same are due today. We are still negotiating the contents of a final draft of the written settlement agreement, after which we will need to procure the signatures of our respective clients. We are optimistic that the foregoing can be completed by August 14.

    We thank the Court for its attention to this matter. We remain available at the Court's convenience if Your Honor has any questions.

Respectfully submitted,

*David Stein*
David Stein

cc:   Enrique Leal, Esq. (via ECF)

Application **GRANTED**.

**SO ORDERED.**

_____
Ona T. Wang          7/26/23
U.S.M.J.