UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EFRAIN RESCALVO VAZQUEZ, et al.,          :
                                          :
                     Plaintiffs,          :    19-CV-6797 (OTW)
                                          :
             -against-                    :    **OPINION & ORDER**
                                          :
WALLY'S DELI & GROCERY CORP., et al.,     :
                                          :
                     Defendants.          :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed the parties' settlement submission pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). (*See* ECF 97). The Court has reviewed ECF 97 and accompanying exhibits, and finds that the proposed settlement is fair and reasonable.

The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: November 15, 2023<br>New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |